## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 07-81091-CIV-RYSKAMP/VITUNAC

ARMOR SCREEN CORPORATION,
a Florida corporation,

       Plaintiff,

v.

STORM CATCHER INC., a Florida
corporation, STORM SMART BUILDING
SYSTEMS, INC., a Florida corporation, BRIAN RIST,
an individual, STEPHEN JOHNSON, an individual, DOES
1-5,

       Defendants.
_____/

### ORDER DENYING ALL PENDING MOTIONS WITHOUT PREJUDICE

THIS CAUSE comes before the Court *sua sponte*. Pursuant to this Court's order adopting Judge Vitunac's report and recommendation **[DE 385],** this case has been administratively stayed pending the PTO's resolution of three currently pending reexaminations of Patent '085 and '852. Several motions are currently pending before this Court. The PTO's decision regarding the reexamination of these patents has the potential of significantly changing the facts upon which these motions are based. The Court, therefore, denies all pending motions in this case without prejudice, with leave to refile upon the PTO's decision regarding the pending patent reexaminations. Accordingly, it is hereby

ORDERED AND ADJUDGED that all pending motions be DENIED without prejudice.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 18 day of September, 2009.

                                             /s/ Kenneth L. Ryskamp
                                             KENNETH L. RYSKAMP
                                             UNITED STATES DISTRICT JUDGE

Copies provided:
Magistrate Judge Ann E. Vitunac
All counsel of record