UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-81091-Civ-Ryskamp/Vitunac

ARMOR SCREEN CORPORATION,
a Florida Corporation,

    Plaintiff,

vs.

STORM CATCHER, INC., a Florida
Corporation, *et al.*,

    Defendants.
_____/

FILED by ___ D.C.
OCT 07 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE is before this Court on Order of Reference (DE 64), filed May 16, 2008, from United States District Judge Kenneth L. Ryskamp "for all pretrial matters and to take all necessary and proper action as required by law, and/or to submit a Report and Recommendation to this Court." Pending before the Court is a Motion to Withdraw as Counsel (DE 388) filed by Plaintiff's counsel of record, Squire, Sanders & Dempsey, LLP. In order that the Court may be fully advised in the premises, it is hereby

ORDERED that a hearing on the motion shall be held as follows:

    DATE:    Wednesday, October 14, 2009
    TIME:    10:30 A.M.
    PLACE:    United States District Court
                   701 Clematis Street
                   Fourth Floor, Court Room 2
                   West Palm Beach, Florida

Appearance is mandatory for counsel of record for all parties and a representative of Plaintiff

1

who can speak to the issue before the Court.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 7 day of October, 2009.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
The Honorable Kenneth L. Ryskamp
All counsel of record