CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
OCT 1 4 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

HONORABLE ANN E. VITUNAC

==================================================================

CASE NO. 07-81091-CV-KLR/AEV   DATE 10/14/2009 @ 10:30 A.M.

ARMOR SCREEN CORPORATION, a Florida corporation,

                                          Plaintiff,
v.
STORM CATCHER, INC., a Florida corporation, STORM SMART BUILDING SYSTEMS, INC., a Florida corporation, SMART TRACKS, INC., a Florida corporation, BRIAN RIST, an individual, STEPHEN JOHNSON, an individual,
                                        Defendants.

For Plaintiff: JOHN BURLINGAME, SCOTT MONROE COFFEY

For Defendants STORMCATCHER: JOHN C. MALLOY, III, PETER MATOS,

FOR DEFT JOHNSON: THOMAS J. CALDWELL

TYPE OF HEARING   Hearing on Plaintiff's Counsel of Record, Squire, Sanders & Dempsey's Motion to Withdraw as Counsel

RESULT OF HEARING  ARGUMENT HELD. TED GOWER OF ARMOR SCREEN CORP PRESENT + HAS NO OBJECTION TO THE MOTION. J. RODMAN STEELE AND JEROLD L. SCHNEIDER OF NOWAK, DRUCE & QUIGG PRESENT. DEFT INFORMS THE COURT THAT THERE MAY BE A CONFLICT OF INTEREST —

Court Reporter: NANCY SIEGEL   DAR: 10:58:27
OFFICIAL REPORTING

CONTINUED ON PAGE 2

07-81091-CV-KLR/AEV  PAGE 2
ARMOR SCREEN  10/14/2009
v. STORMCATCHER  MINUTES

WITH NOVAK, DRUCE FIRM — DEFT TO FILE MOTION WITHIN ONE WEEK

THE COURT GRANTS SQUIRE, SANDERS, & DEMPSEY'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

NOVAK DRUCE WILL FILE A NOTICE OF APPEARANCE FOR PLAINTIFF