UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-81091-Civ-Ryskamp/Vitunac

ARMOR SCREEN CORPORATION,
a Florida Corporation,

      Plaintiff,

vs.

STORM CATCHER, INC., a Florida
Corporation, *et al.*,

      Defendants.
_____/



FILED by ___ D.C.

OCT 1 5 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE is before this Court on Order of Reference (DE 64), filed May 16, 2008, from United States District Judge Kenneth L. Ryskamp "for all pretrial matters and to take all necessary and proper action as required by law, and/or to submit a Report and Recommendation to this Court." Pending before the Court is Plaintiff's Counsel of Record, Squire, Sanders & Dempsey's Motion to Withdraw as Counsel (DE 388), filed October 5, 2009. On October 14, 2009, the Court held a hearing during which all parties had an opportunity to be heard. Later that same day, the law firm of Novak Druce and Quigg, LLP filed a Notice of Appearance (DE 390) as Plaintiff's counsel.

Upon due consideration of the motion, the representations at the hearing by counsel for all parties and Plaintiff's corporate representative, and the notice of appearance from new counsel on Plaintiff's behalf, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Counsel of Record, Squire, Sanders & Dempsey's Motion to Withdraw as Counsel (DE 388) is GRANTED. The law firm of Squire,

Sanders & Dempsey is hereby relieved of all further responsibility as counsel for Armor Screen Corporation.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 15 day of October, 2009.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
The Honorable Kenneth L. Ryskamp
All counsel of record