UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81091-CIV-RYSKAMP/VITUNAC

ARMOR SCREEN CORPORATION,
    a Florida corporation,

        Plaintiff,

    vs.

STORM CATCHER, INC.,
    a Florida Corporation,
STORM SMART INDUSTRIES, INC.,
    a Florida Corporation,
STORM SMART BUILDING SYSTEMS, INC.,
    a Florida Corporation,
STORM SMART SALES, INC.,
    a Florida Corporation,
SMART TRACKS, INC.,
    a Florida Corporation,
BRIAN RIST,
    an Individual, and
STEPHEN JOHNSON,
    an Individual,

        Defendants.
_____/

## JOINT STATUS REPORT REGARDING REEXAMINATION

COME NOW, Defendants, Storm Catcher, Inc., Storm Smart Building Systems, Inc., Smart Tracks, Inc., Storm Smart Sales, Inc., Storm Smart Industries, Inc., and Brian Rist, ("Defendants") and Plaintiff, Armor Screen Corp., and pursuant to this Court's Order [D.E. #385] staying this case pending the PTO's resolution of the three pending re-examinations of the '085 and the '852 patents, file the following status report advising this Court as to the status of the three pending reexaminations, and state as follows:

On October 6, 2008, the United States Patent and Trademark Office ("PTO"), and in particular, the Supervisory Patent Examiner of Central Reexamination Unit 3993, consolidated and merged Reexamination Control Nos. 90/009,417 and 90/010,528 (Reexaminations for the '085 patent) into a single Reexamination proceeding.  As a result, all papers mailed by the PTO will take the form of a single action that jointly applies to both reexaminations.

On October 20, 2009, Squire Sanders & Dempsey, LLP filed a petition to withdraw as attorney or agent of record under 37 C.F.R. § 1.36(b) for all three Reexamination proceedings. To date, the petitions to withdraw have been granted with respect to Reexamination Control Nos. 90/009,417 and 90/010,528 (Reexaminations for the '085 patent), however, a decision has yet to be made by the PTO on the remaining Reexamination Control No. 90/009,418 (Reexamination for the '852 patent).  The parties submit that the reexaminations of the '085 and '852 patents remain pending before the PTO, and that no other events have occurred to date.

|  |  |
|---|---|
| Dated: October 28, 2009<br>Miami, Florida | Respectfully submitted,<br><br>s/ Raquel A. Regalado____<br>John Cyril Malloy, III<br>Florida Bar No. 964,220<br>jcmalloy@malloylaw.com<br>Raquel A. Regalado<br>Florida Bar No. 539481<br>rregalado@malloylaw.com<br>MALLOY & MALLOY, P.A.<br>2800 S.W. Third Avenue<br>Miami, Florida  33129<br>Telephone: (305) 858-8000<br>Facsimile:  (305) 858-0008<br><br>Attorneys for Defendants Storm Catcher, Inc., Storm Smart Industries, Inc., Storm Smart Building Systems, Inc., Storm Smart Sales, Inc., Smart Tracks, Inc., and Brian Rist. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-81091-CIV-RYSKAMP/VITUNAC

ARMOR SCREEN CORPORATION,
a Florida corporation,

    Plaintiff,

vs.

STORM CATCHER, INC. a Florida
Corporation, STORM SMART
INDUSTRIES, INC., a Florida Corporation,
STORM SMART BUILDING SYSTEMS,
INC., a Florida Corporation, STORM SMART
SALES, INC., a Florida Corporation, SMART
TRACKS, INC., a Florida Corporation,
BRIAN RIST, an Individual, and,
STEPHEN JOHNSON, an Individual,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                        s/ _Raquel A. Regalado____
                                        Raquel A. Regalado
                                        Florida Bar No. 539481

## SERVICE LIST
ARMOR SCREEN CORPORATION v. STORM CATCHER, INC., ET AL.
United States District Court, Southern District of Florida
Case No. 07-81091-CIV-RYSKAMP/VITUNAC

J. Rodman Steele, Jr.
Rodman.steele@novakdruce.com
Jerold I. Schneider
Jerold.schneider@novakdruce.com
Novak Druce + Quigg LLP
525 Okeechobee Blvd.
Suite 1500
West Palm Beach, FL 33401
Telephone: 561-838-5229
Facsimile: 561-838-5578
Attorneys for Plaintiff.
Notices of Electronic Filing generated by CM/ECF.

Lawrence D. Smith
lsmith@waltonlantaff.com
Francis A. Scaglia
fscaglia@waltonlantaff.com
Michael R. Jenks
mjenks@waltonlantaff.com
WALTON, LANTAFF, SCHROEDER & CARLSON, LLP
9350 South Dixie Highway
10th Floor
Miami, Florida 33156
Telephone: (305) 671-1300
Facsimile: (305) 670-7065
Attorneys for Defendant Stephen Johnson.
Notices of Electronic Filing generated by CM/ECF.

John Cyril Malloy, III
jcmalloy@malloylaw.com
Peter A. Matos
pmatos@malloylaw.com
John Fulton, Jr.
Florida Bar No. 173,800
jfulton@malloylaw.com
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
Attorneys for Defendants Storm Catcher, Inc., Storm Smart Building Systems, Inc., Storm Smart Sales, Inc., Storm Smart Industries, Inc., Smart Tracks, Inc. and Brian Rist.
Notices of Electronic Filing generated by CM/ECF.