CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE ANN E. VITUNAC

FILED by _____ D.C.
FEB 0 4 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

==================================================================

CASE NO. 07-81091-CV-KLR/AEV       DATE 02/04/2010 @ 11:00 A.M.

ARMOR SCREEN CORPORATION, a Florida corporation,

                                Plaintiff,
v.
STORM CATCHER, INC., a Florida corporation, STORM SMART BUILDING
SYSTEMS, INC., a Florida corporation, SMART TRACKS, INC., a Florida
corporation, BRIAN RIST, an individual, STEPHEN JOHNSON, an
individual,
                                Defendants.

For Plaintiff: D. CULVER SMITH, J. RODMAN STEELE, JEROLD I SCHNEIDER, MARK M. ZULKA

For Defendant: STORMCATCHER DEFTS: JOHN C. MALLOY, III RAQUEL A. REGALADO. FOR DEFT JOHNSON: THOMAS CALDWELL

TYPE OF HEARING Evidentiary Hearing on Defendant's Motion to Disqualify Plaintiff's Counsel (DE 394)

RESULT OF HEARING DEFENDANT OPENING. PLAINTIFF OPENING. CHRISTINA DANIELLE DEANGELI'S SWORN/TESTIFIES DIRECT BY DEFT/ CROSS BY PLAINTIFF – 12:17 PM BREAK – RESUME 1:19 PM – QUESTIONS BY THE COURT. DEFENDANT RESTS. PLAINTIFF MOVES FOR DENIAL OF MOTION – DECISION RESERVED. PLAINTIFF WITNESS: JEROLD I. SCHNEIDER SWORN/ TESTIFIES

Court Reporter: ANDREA WEST  DAR: 11:14:37 / 13:19:37
BOSS CERTIFIED REPORTING

TIME – 11:14 AM – 12:17 PM
1:19 PM – 2:48 PM

CONTD ON PAGE 2

CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE ANN E. VITUNAC



PAGE 2

==================================================================

CASE NO. 07-81091-CV-KLR/AEV    DATE 02/04/2010 @ 11:00 A.M.

ARMOR SCREEN CORPORTATION, a Florida corporation,

          Plaintiff,

v.

STORM CATCHER, INC., a Florida corporation, STORM SMART BUILDING SYSTEMS, INC., a Florida corporation, SMART TRACKS, INC., a Florida corporation, BRIAN RIST, an individual, STEPHEN JOHNSON, an individual,

         Defendants.

For Plaintiff: _____

_____

For Defendant: _____

_____

_____

TYPE OF HEARING Evidentiary Hearing on Defendant's Motion to Disqualify Plaintiff's Counsel (DE 394)

RESULT OF HEARING DIRECT BY PCTFF / CROSS BY DEFT. / REDIRECT BY PLTFF / COURT QUESTIONS, PLAINTIFF RESTS, DEFENDANT ARGUMENT. PLAINTIFF ARGUMENT, DECISION RESERVED

Court Reporter: _____    DAR: _____