**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 07-81091-CIV-RYSKAMP/VITUNAC

ARMOR SCREEN CORPORATION,
    a Florida corporation,

        Plaintiff,

    vs.

STORM CATCHER, INC.,
    a Florida Corporation,
STORM SMART INDUSTRIES, INC.,
    a Florida Corporation,
STORM SMART BUILDING SYSTEMS, INC.,
    a Florida Corporation,
STORM SMART SALES, INC.,
    a Florida Corporation,
SMART TRACKS, INC.,
    a Florida Corporation,
BRIAN RIST,
    an Individual, and
STEPHEN JOHNSON,
    an Individual,

        Defendants.
_____/

**JOINT REQUEST AND STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff, Armor Screen Corp. ("Plaintiff") and Defendants, Storm Catcher, Inc., Storm Smart Building Systems, Inc., Smart Tracks, Inc., Storm Smart Sales, Inc., Storm Smart Industries, Inc., Brian Rist, and Stephen Johnson ("Defendants"), and by and through their respective counsel, hereby jointly stipulate that the above-captioned civil action has been fully compromised and settled, and that the Parties have executed a private and confidential settlement agreement. As such, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties further jointly stipulate and request that this action be dismissed with prejudice, said

1

dismissal with prejudice to include all claims asserted by Plaintiff against Defendants, and all counterclaims and defenses asserted by Defendants against Plaintiff.

It is further stipulated and requested that this Court retain jurisdiction to enforce the terms of the private and confidential settlement agreement entered into between the Parties, and that each Party shall bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: September 20, 2010, Miami, Florida | Respectfully submitted, |
| /s/Harvey W. Gurland<br>Harvey W. Gurland, Jr., P.A.<br>Florida Bar No. 284033<br>hwgurland@duanemorris.com<br>Warren D Zaffuto, Esq.<br>Florida Bar No. 743461<br>wdzaffuto@duanemorris.com<br>Duane Morris LLP<br>200 South Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131<br>Telephone: 305..960.2200<br>Facsimile: 305.397.1874<br>**Attorneys for Plaintiff,**<br>**Armor Screen Corp.** | /s/ Raquel Regalado<br>John Cyril Malloy, III<br>Florida Bar No. 964,220<br>jcmalloy@malloylaw.com<br>Peter A. Matos<br>Florida Bar No. 992,879<br>pmatos@malloylaw.com<br>Raquel A. Regalado<br>Florida Bar No. 539481<br>rregalado@malloylaw.com<br>Benjamin M. Hanrahan<br>Florida Bar No. 27859<br>bhanrahan@malloylaw.com<br>Malloy & Malloy, P.A.<br>2800 SW Third Avenue<br>Miami, Florida 33129<br>**Attorneys for Defendants Storm Catcher, Inc., Storm Smart Industries, Inc., Storm Smart Building Systems, Inc., Storm Smart Sales, Inc., Smart Tracks, Inc., and Brian Rist.** |
| /s/Michael R. Jenks<br>Michael R. Jenks<br>mjenks@waltonlantaff.com<br>WALTON, LANTAFF, SCHROEDER & CARLSON, LLP<br>9350 South Dixie Highway<br>10th Floor<br>Miami, Florida 33156<br>Telephone: (305) 671-1300<br>Facsimile: (305) 670-7065<br>**Attorneys for Defendant**<br>**Stephen Johnson.** | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-81091-CIV-RYSKAMP/VITUNAC

ARMOR SCREEN CORPORATION,
    a Florida corporation,

        Plaintiff,

  vs.

STORM CATCHER, INC.,
    a Florida Corporation,
STORM SMART INDUSTRIES, INC.,
    a Florida Corporation,
STORM SMART BUILDING SYSTEMS, INC.,
    a Florida Corporation,
STORM SMART SALES, INC.,
    a Florida Corporation,
SMART TRACKS, INC.,
    a Florida Corporation,
BRIAN RIST,
    an Individual, and
STEPHEN JOHNSON,
    an Individual,

        Defendants.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                    /s/Raquel Regalado
                                    Florida Bar No. 539481

**SERVICE LIST**
ARMOR SCREEN CORPORATION v. STORM CATCHER, INC., ET AL.
United States District Court, Southern District of Florida
Case No. 07-81091-CIV-RYSKAMP/VITUNAC

Harvey W. Gurland, Jr., P.A.
Florida Bar No. 284033
hwgurland@duanemorris.com
Warren D Zaffuto, Esq.
Florida Bar No. 743461
wdzaffuto@duanemorris.com
Duane Morris LLP
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: 305..960.2200
Facsimile: 305.397.1874
*Notices of Electronic Filing generated by CM/ECF.*

Lewis F. Gould, Esq.
Florida Bar No. 336661
*(pro hac vice to be filed)*
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.689.2410
*Notices via Regular U.S. Mail*

Jeffrey M. Chamberlain, Esq.
*(pro hac vice motion to be filed)*
Duane Morris LLP
100 American Metro Boulevard, Suite 150
Hamilton, NJ 08619
Telephone: 609.631.2400
Facsimile: 609.228.5984
*Notices via Regular U.S. Mail*

Guy W. Chambers, Esq.
*(pro hac vice motion to be filed)*
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105
Telephone: 415.957.3000
Facsimile: 415.723.7578
*Notices via Regular U.S. Mail*

John Cyril Malloy, III
jcmalloy@malloylaw.com
Peter A. Matos
pmatos@malloylaw.com
John Fulton, Jr.
Florida Bar No. 173,800
jfulton@malloylaw.com
Raquel A. Regalado
Florida Bar No. 539481
rregalado@malloylaw.com
Benjamin M. Hanrahan
Florida Bar No. 27859
bhanrahan@malloylaw.com
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
Attorneys for Defendants Storm Catcher, Inc., Storm Smart Building Systems, Inc., Storm Smart Sales, Inc., Storm Smart Industries, Inc., Smart Tracks, Inc. and Brian Rist.
*Notices of Electronic Filing generated by CM/ECF*

Michael R. Jenks
mjenks@waltonlantaff.com
WALTON, LANTAFF, SCHROEDER & CARLSON, LLP
9350 South Dixie Highway
10th Floor
Miami, Florida 33156
Telephone: (305) 671-1300
Facsimile: (305) 670-7065
Attorneys for Defendant Stephen Johnson.
*Notices of Electronic Filing generated by CM/ECF*